UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RAJENDRA PATEL, NAVNEET PATEL AND ) <br> NAVRAJ GROUP, LLC, ) <br> (A TENNESSEE LIMITED LIABILITY) ) <br> ) <br> PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> AR GROUP TENNESSEE, LLC, ) <br> (A NEW JERSEY LIMITED LIABILITY ) <br> COMPANY), ) <br> ALI S. BUTT, MOURAD ELAYAN, ) <br> AND DINESH GOSWAMI, ) <br> ) <br> DEFENDANTS. ) | CASE NO.: 3:20-cv-00052 <br><br> Jury Demand |

## PLAINTIFFS' MOTION TO AMEND

Come the Plaintiffs, Rajendra Patel, Navneet Patel and Navraj Group, LLC, by and through counsel, and move this Court to permit the Plaintiffs to amend their complaint pursuant to Rule 15 F.R.Civ.P. In support of said motion, the Plaintiffs would state and show that the new allegations establish this Court as the proper venue and subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C.§ 1391, 18 U.S.C.§ 1964, 18 U.S.C.§ 1341 and § 1343, 28 U.S.C.§ 1367 and 28 U.S.C.§ 1331. The Plaintiffs would state and show that discovery has not commenced and there is no scheduling order in place either. Therefore, the Plaintiffs respectfully submit that Rule 15 requires that amendments be liberally granted and the Plaintiffs' motion should be granted.

The factual averments and causes of action are unique to this proposed amended complaint and the Plaintiffs should be permitted to amend their complaint rather than file a separate lawsuit to pursue these claims.

For the foregoing reasons, the Plaintiffs respectfully move to amend their complaint. The Plaintiffs have filed a proposed amended complaint with this motion.

Respectfully Submitted,

*/s/G. Kline Preston, IV*
G. Kline Preston, IV, Esq
Belle Meade Office Park
4515 Harding Pike, Suite 107
Nashville, TN 37205
Tel: (615) 279-1619
Fax: (866) 610-9565
kpreston@klineprestonlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via CM/ECF on the following:

Mr. Roland W. Baggott, III, Esq.
Baggott Law, PLLC
4525 Harding Pike, Suite 105
Nashville, TN 37205
roland@baggottlaw.com

Mr. Justin M. Klein, Esq.
Mr. Mark I. Fishbein, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, NJ 07701
justin@marksklein.com
mark@marksklein.com

/s/G. Kline Preston, IV
G. Kline Preston, IV