# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Rajendra Patel, et al.

                           Plaintiff,

v.                                              Case No.: 3:20−cv−00052

AR Group Tennessee, LLC, et al.

                           Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/11/2022 re [79].

                                                                  Lynda M. Hill
                                                  s/ Kim Chastain, Deputy Clerk